**Opinion issued September 18, 2014**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-14-00719-CV

_____

## IN RE JON WAYMOND BRYANT, Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

In a suit to modify the parent child relationship, Relator Jon Waymond Bryant has filed a petition for writ of mandamus challenging the trial court's order dismissing his motion to modify primary custody under Section 156.102 of the Texas Family Code. Relator requests that we compel the trial court to (1) vacate its order dismissing his motion to modify primary custody and (2) order a hearing on

his request to modify primary custody.[*] We **deny** the petition. Relator's motion to stay trial court proceedings is dismissed as moot.

**PER CURIAM**

Panel consists of Justices Massengale, Brown, and Huddle.

---

[*] The underlying case is *In the Interest of M.G.B.*, cause number 73325, pending in the 300th District Court of Brazoria County, Texas, the Honorable K. Randall Hufstetler presiding.